IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:13-cv-4084-M |
| ROBERT RAMIREZ AND ALL OTHER OCCUPANTS, | § § § | |
| Defendants. | § § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion to Remand [Dkt. No. 8] is GRANTED. Plaintiff's request for an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c) is DENIED.

SO ORDERED this 23rd day of December, 2013.


BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS